AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ASHLY ESQUIVEL, on behalf of herself and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ALPHABET INC. and GOOGLE LLC<br><br>*Defendant(s)* | Civil Action No. 4:20-cv-8337-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alphabet Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric M. George (State Bar No. 166403)
Maribeth Annaguey (State Bar No. 228431)
Carl Alan Roth (State Bar No. 151517)
James L. Michaels (State Bar No. 298130)
Jason Y. Kelly (State Bar No. 274144)
BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Susan Y. Soong

*Signature of Clerk or Deputy Clerk*

Date: 11/27/2020