BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Maribeth Annaguey (State Bar No. 228431)
  mannaguey@bgrfirm.com
Carl Alan Roth (State Bar No. 151517)
  croth@bgrfirm.com
James L. Michaels (State Bar No. 298130)
  jmichaels@bgrfirm.com
Jason Y. Kelly (State Bar No. 274144)
  jkelly@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Ashly Esquivel and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ASHLY ESQUIVEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHABET INC.; and GOOGLE LLC,<br><br>Defendants. | Case No. 4:20-cv-08337-DMR<br>Magistrate Hon. Donna M. Ryu<br><br>**PROOF OF SERVICE ON DEFENDANT ALPHABET INC.** |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Eric M. George (State Bar No. 166403)<br>BROWNE GEORGE ROSS O'BRIEN, ET AL.<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Telephone No: 310-274-7100<br>Attorney For: Plaintiff<br>Ref. No. or File No.: | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Plaintiff: ASHLY ESQUIVEL, on behalf of herself and all others similarly situated
Defendant: ALPHABET INC.; and GOOGLE LLC

**PROOF OF SERVICE** — Hearing Date: — Time: — Dept/Div: — Case Number: 4:20-cv-8337-DMR

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Waiver of the Service Of Summons; Notice of A Lawsuit and Request to Waive Service of A Summons; Ecf Registration Information; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to A United States Magistrate Judge For Trial; Standing Order for Magistrate Judge Donna M. Ryu; Notice Re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu; Notice of Settlement Conference and Settlement Conference Order (Rev. 4/4/19); Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement; Consenting to the Jurisdiction Of A Magistrate Judge

3. a. Party served: ALPHABET INC.
   b. Person served: Kaitlyn Mannix, CSC Lawyers Incorporating Service, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served: 2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 30 2020 (2) at: 03:30 PM

6. **Person Who Served Papers:**
   a. Michael Morris (2102-33, Sacramento)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. **The Fee** for Service was: $316.37

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/01/2020
(Date)                (Signature)



PROOF OF SERVICE

5121666
(4517015)