1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Eric M. George (State Bar No. 166403)
     egeorge@bgrfirm.com
3  Maribeth Annaguey (State Bar No. 228431)
     mannaguey@bgrfirm.com
4  Carl Alan Roth (State Bar No. 151517)
     croth@bgrfirm.com
5  James L. Michaels (State Bar No. 298130)
     jmichaels@bgrfirm.com
6  Jason Y. Kelly (State Bar No. 274144)
     jkelly@bgrfirm.com
7  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
8  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697

Attorneys for Plaintiff Ashly Esquivel and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| ASHLY ESQUIVEL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHABET INC.; and GOOGLE LLC,<br><br>Defendants. | Case No. 4:20-cv-08337-DMR<br>Magistrate Hon. Donna M. Ryu<br><br>**PROOF OF SERVICE ON DEFENDANT GOOGLE LLC** |
|---|---|

| Attorney or Party without Attorney: <br> Eric M. George (State Bar No. 166403) <br> BROWNE GEORGE ROSS O'BRIEN, ET AL. <br> 2121 Avenue of the Stars, Suite 2800 <br> Los Angeles, CA 90067 <br> Telephone No: 310-274-7100 <br> Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION | | |
| Plaintiff: ASHLY ESQUIVEL, on behalf of herself and all others similarly situated <br> Defendant: ALPHABET INC.; and GOOGLE LLC | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 4:20-cv-8337-DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Waiver of the Service Of Summons; Notice of A Lawsuit and Request to Waive Service of A Summons; Ecf Registration Information; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to A United States Magistrate Judge For Trial; Standing Order for Magistrate Judge Donna M. Ryu; Notice Re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu; Notice of Settlement Conference and Settlement Conference Order (Rev. 4/4/19); Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement; Consenting to the Jurisdiction Of A Magistrate Judge

3. a. Party served:      GOOGLE LLC
   b. Person served:    Kaitlyn Mannix, CSC Lawyers Incorporating Service, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served:    2710 Gateway Oaks Dr Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Nov 30 2020 (2) at: 03:50 PM

6. **Person Who Served Papers:**
   a. Michael Morris (2102-33, Sacramento)           d. *The Fee* for Service was: $119.95
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

12/01/2020
(Date)                                                                 (Signature)



PROOF OF SERVICE

5121758
(4517024)