| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone:  (415) 442-1000<br>Facsimile:   (415) 442-1001 | Richard S. Taffet, *pro hac vice forthcoming*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice forthcoming*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>                    Defendants. | Case No. 5:20-cv-05761-BLF<br><br>**NOTICE OF LIMITED APPEARANCE OF BRIAN C. ROCCA** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Brian C. Rocca hereby appears as counsel for Defendant Google LLC in the above-captioned action for the limited purpose[1] of providing notice to the Court, parties, and counsel of the following events:

(a) Sua Sponte Judicial Referral for Purposes of Determining Relationship of Cases, signed by Judge Chen on August 31, 2020 and docketed in *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 3:20-cv-05792-EMC (ECF No. 16); and

(b) Google LLC's Responses to the above-referenced referral, which were filed in *Cameron, et al., v. Apple, Inc.,* Case No. 4:19-cv-03074-YGR (*Cameron-Apple*) at ECF No. 115 and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD (*Epic-Google*) at ECF No. 32.

Dated:  September 4, 2020         By    /s/ Brian C. Rocca
                                        Brian C. Rocca
                                        MORGAN, LEWIS & BOCKIUS LLP

                                        *Attorneys for Defendant Google LLC*

---

[1] The undersigned counsel understands that none of the defendants have been served in this action as of the date of this filing.

1    Case No. 5:20-cv-05761-BLF
NOTICE OF LIMITED APPEARANCE OF BRIAN C. ROCCA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO