| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice forthcoming*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice forthcoming*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>  Defendants. | Case No. 5:20-cv-05761-BLF<br><br>**DEFENDANT GOOGLE LLC'S NOTICE OF FILING** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 31, 2020, Judge Chen filed a Sua Sponte Judicial Referral For Purposes of Determining Relationship of Cases ("Sua Sponte Judicial Referral") in *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR ("*Cameron*") at ECF No. 114 and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic-Google*") at ECF No. 25 to consider potential relation of *Pure Sweat Basketball, Inc. v. Google LLC et al.*, No. 20-cv-05792-EMC in *Cameron* and *Epic-Google*. On September 3 and 4, 2020, Defendant Google LLC ("Google") filed Responses to the Sua Sponte Judicial Referral in *Cameron* and *Epic-Google*, both of which include references to the above-captioned case. A true and correct copy of the Response filed in *Cameron* is attached hereto as **Exhibit A**, and a true and correct copy of the Response filed in *Epic-Google* is attached hereto as **Exhibit B**. These Responses are also available at *Cameron, et al., v. Apple, Inc.*, Case No. 4:19-cv-03074-YGR at ECF No. 115 and *Epic v. Google LLC et al.*, Case No. 3:20-cv-05671-JD ("*Epic-Google*") at ECF No. 32.

Dated: September 4, 2020

By   */s/ Brian C. Rocca*
Brian C. Rocca
MORGAN, LEWIS & BOCKIUS LLP

*Attorneys for Defendant Google LLC*