Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE & REATH LLP**
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Christine A. Varney (*pro hac vice*)
cvarney@cravath.com
Katherine B. Forrest (*pro hac vice*)
kforrest@cravath.com
Gary A. Bornstein (*pro hac vice*)
gbornstein@cravath.com
Yonatan Even (*pro hac vice*)
yeven@cravath.com
Lauren A. Moskowitz (*pro hac vice*)
lmoskowitz@cravath.com
M. Brent Byars (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Epic Games, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated; | Case No. 3:20-cv-05761-JD |
| Plaintiffs, | |
| v. | **EPIC GAMES, INC.'S NOTICE OF FILING OPPOSITION TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PACIFIC PAYMENT CORP. | |
| Defendants. | |

1   **TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

2       **PLEASE TAKE NOTICE** that on September 14, 2020, Epic Games, Inc. filed a

3   response opposing Defendant Google LLC's Administrative Motion to Consider Whether Cases

4   Should Be Related ("Response") in *Feitelson et al. v. Google, Inc.*, No. 5:14-cv-02007-BLF at

5   ECF No. 59.  A true and correct copy of the Response is attached hereto as **Exhibit A.**

6   Dated: September 14, 2020        Respectfully submitted,

7                               By:   */s/ Paul J. Riehle*

8

9                               **FAEGRE DRINKER BIDDLE & REATH**

      **LLP**

10                              Paul J. Riehle

11                              paul.riehle@faegredrinker.com

12                              Four Embarcadero Center

      San Francisco, California 94111

13                              Telephone:  (415) 591-7500

14                              Facsimile:  (415) 591-7510

15                               **CRAVATH, SWAINE & MOORE LLP**

16                              Christine A. Varney (*pro hac vice*)

      cvarney@cravath.com

17                              Katherine B. Forrest (*pro hac vice*)

18                              kforrest@cravath.com

      Gary A. Bornstein (*pro hac vice*)

19                              gbornstein@cravath.com

20                              Yonatan Even (*pro hac vice*)

      yeven@cravath.com

21                              Lauren A. Moskowitz (*pro hac vice*)

      lmoskowitz@cravath.com

22                              M. Brent Byars (*pro hac vice*)

      mbyars@cravath.com

23                              825 Eighth Avenue

24                              New York, New York 10019

      Telephone:  (212) 474-1000

25                              Facsimile:  (212) 474-3700

26                              *Attorneys for*

      **EPIC GAMES, INC.**

27

28