| | |
|---|---|
| Brian C. Rocca, Bar No. 221576<br>brian.rocca@morganlewis.com<br>Sujal J. Shah, Bar No. 215230<br>sujal.shah@morganlewis.com<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>Minna Lo Naranjo, Bar No. 259005<br>minna.naranjo@morganlewis.com<br>Rishi P. Satia, Bar No. 301958<br>rishi.satia@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile:  (415) 442-1001 | Richard S. Taffet, *pro hac vice pending*<br>richard.taffet@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>101 Park Avenue<br>New York, NY  10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>Willard K. Tom, *pro hac vice pending*<br>willard.tom@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2541<br>Telephone: (202) 739-3000<br>Facsimile: (202) 739-3001 |

*Attorneys for Defendants*
*Google LLC and Google Payment Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>           v.<br><br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LTD.; and GOOGLE PAYMENT CORP.,<br><br>                        Defendants. | Case No. 3:20-cv-05761-JD<br><br>**GOOGLE LLC AND GOOGLE PAYMENT CORP.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

Case No. 3:20-cv-05761-JD
GOOGLE LLC AND GOOGLE PAYMENT CORP.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES AND PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Google LLC and Google Payment Corp. disclose the following:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Google Payment Corp. is a subsidiary of Google LLC.  Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google Payment Corp.
2. Google LLC
3. XXVI Holdings Inc., Holding Company of Google LLC
4. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated:  September 15, 2020

By   */s/ Brian C. Rocca*
   Brian C. Rocca
   MORGAN, LEWIS & BOCKIUS LLP

   *Attorneys for Defendants*
   *Google LLC and Google Payment Corp.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                          Case No. 3:20-cv-05761-JD
GOOGLE LLC AND GOOGLE PAYMENT CORP.'S CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES AND PERSONS