GEORGE A. ZELCS (*pro hac vice*)
gzelcs@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

KARMA M. GIULIANELLI (SBN 184175)
karma.giulianelli@bartlitbeck.com
GLEN E. SUMMERS (SBN 176402)
glen.summers@bartlitbeck.com
JAMESON R. JONES (*pro hac vice pending*)
Jameson.jones@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:  (303) 592-3140

*Counsel for Plaintiffs and the Proposed Class
in Carr v. Google LLC, et al.*

STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO
LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Counsel for Plaintiffs and the Proposed Class
in Pure Sweat Basketball, Inc. v. Google LLC,
et al.*

BONNY E. SWEENEY (SBN 176174)
bsweeney@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

*Counsel for Plaintiffs and the Proposed Class
in Peekya App Services, Inc. v. Google LLC, et
al.*

[Additional counsel appear on signature page]

PEGGY J. WEDGWORTH (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN
LLP**
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Counsel for Plaintiffs and the Proposed
Class in Bentley v. Google LLC, et al.*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &
REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc. in
Epic Games, Inc. v. Google LLC, et al.*

BRIAN C. ROCCA (221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Counsel for Defendants Google LLC,
Google Ireland Limited, Google
Commerce Ltd., Google Asia Pacific Pte.
Ltd. and Google Payment Corp.*

1                  **UNITED STATES DISTRICT COURT**

2              **NORTHERN DISTRICT OF CALIFORNIA**

3                  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| EPIC GAMES, INC.,<br>      *Plaintiff,*<br><br>              v.<br><br>GOOGLE LLC et al.,<br>      *Defendants.* | Case No. 3:20-cv-05671-JD |
| BENTLEY, et al.,<br>      *Plaintiffs,*<br><br>              v.<br><br>GOOGLE LLC et al.,<br>      *Defendants.* | Case No. 4:20-cv-07079-DMR |
| MARY CARR, et al.,<br>      *Plaintiffs,*<br><br>              v.<br><br>GOOGLE LLC et al.,<br>      *Defendants.* | Case No. 3:20-cv-05761-JD |
| PURE SWEAT BASKETBALL, INC., et. al,<br>      *Plaintiffs,*<br><br>              v.<br><br>GOOGLE LLC et al.,<br>      *Defendants.* | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., et. al,<br>      *Plaintiffs,*<br><br>              v.<br><br>GOOGLE LLC et al.,<br>      *Defendants.* | Case No. 3:20-cv-06772-JD<br><br>**JOINT NOTICE REGARDING STATUS OF PROTECTIVE ORDER**<br><br>Judge:  Hon. James Donato |

1        Plaintiffs in the above-captioned actions (the "Related Actions"), consisting of Plaintiffs in

2   *Mary Carr, et al. v. Google LLC, et al.*, Case No. 3:20-cv-05761-JD ("Carr Plaintiffs"), *Bentley et*

3   *al. v. Google LLC et al.*, No. 4:20-cv-07079-DMR ("Bentley Plaintiffs" and, together with Carr

4   Plaintiffs, Consumer Plaintiffs), *Pure Sweat Basketball, Inc., et al. v. Google LLC*, *et al.*, Case No.

5   3:20-cv-05792-JD ("PSB Plaintiffs"), *Peekya App Services., Inc. v. Google LLC et al.*, Case No.

6   3:20-cv-06772-JD  ("Peekya Plaintiffs" and, together with PSB Plaintiffs, Developer Plaintiffs)

7   and *Epic Games Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD ("Epic" and, together with

8   Consumer Plaintiffs and Developer Plaintiffs, the "Plaintiffs"), and the Google Defendants in the

9   Related Actions, Google LLC; Google Ireland Limited; Google Commerce Ltd.; Google Asia

10   Pacific Pte. Ltd.; and Google Payment Corp. (collectively "Google"; each of the Consumer

11   Plaintiffs, the Developer Plaintiffs, Epic and Google will be referred to as a "Party" and, all four

12   groups collectively shall be referred to as the "Parties"), by and through their respective counsel

13   wish to provide notice to the Court regarding the Parties' negotiations over a stipulated Protective

14   Order in the Related Actions.

15        The Parties have been working diligently to negotiate a stipulated Protective Order for the

16   Related Actions and are making progress on a final agreement. However, there are a few

17   remaining issues and the Parties wish to continue to meet and confer on October 23, 2020 in an

18   effort to resolve any remaining differences. Once their meet and confer is completed, the Parties

19   will file a stipulated Protective Order or present any remaining disputed issues to the Court on

20   October 23, 2020.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  October 22, 2020          CRAVATH, SWAINE & MOORE LLP
                                   Christine Varney
                                   Katherine B. Forrest
                                   Gary A. Bornstein
                                   Yonatan Even
                                   Laurent A. Moskowitz
                                   M. Brent Byars


                                   Respectfully submitted,

                                   By:   /s/  *Yonatan Even*
                                         Yonatan Even

                                         *Counsel for Plaintiff Epic Games, Inc.*


Dated:  October 22, 2020          KOREIN TILLERY, LLC
                                   George A. Zelcs
                                   Robert E. Litan
                                   Randall P. Ewing, Jr.
                                   Jonathan D. Byrer
                                   Stephen M. Tillery
                                   Michael E. Klenov
                                   Carol L. O'Keefe

                                   BARTLIT BECK LLP
                                   Karma M. Giulianelli
                                   Glen E. Summers
                                   Jameson R. Jones


                                   Respectfully submitted,

                                   By:   /s/  *Jamie L. Boyer*
                                         Jamie L. Boyer

                                         *Counsel for Plaintiffs and the Proposed
                                         Class in Carr v. Google LLC et al.*

1    Dated:  October 22, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 Robert F. Lopez
2                                                Benjamin J. Siegel

3                                                Respectfully submitted,

4                                                By:   /s/   *Steve W. Berman*
                                                       Steve W. Berman
5
                                                 *Counsel for Plaintiffs and the Proposed*
6                                                *Class in Pure Sweat Basketball v. Google*
                                                 *LLC et al.*
7

8

9    Dated:  October 22, 2020                    MILBERG PHILLIPS GROSSMAN LLP
                                                 Peggy J. Wedgworth
10                                               Robert A. Wallner
                                                 Elizabeth McKenna
11                                               Blake Yagman
                                                 Michael Acciavatti
12
                                                 Respectfully submitted,
13
                                                 By:   /s/   *Peggy J. Wedgworth*
14                                                     Peggy J. Wedgworth

15                                               *Counsel for Plaintiffs and the Proposed*
                                                 *Class in Bentley, et al. v. Google LLC et al.*
16

17
     Dated:  October 22, 2020                    HAUSFELD LLP
18                                               Bonny E. Sweeney
                                                 Melinda R. Coolidge
19                                               Katie R. Beran
                                                 Samantha J. Stein
20                                               Scott A. Martin
                                                 Irving Scher
21

22                                               Respectfully submitted,

23                                               By:   /s/   *Bonny E. Sweeney*
                                                       Bonny E. Sweeney
24
                                                 *Counsel for Plaintiffs and the Proposed*
25                                               *Class in Peekya App Services, Inc. v.*
                                                 *Google LLC et. al*
26

27

28
                                      -5-
          JOINT NOTICE REGARDING STATUS OF PROTECTIVE ORDER
          Case Nos.: 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

1  Dated:  October 22, 2020              MORGAN, LEWIS & BOCKIUS LLP
2                                         Sujal J. Shah
                                          Michelle Park Chiu
                                          Minna Lo Naranjo
3                                         Rishi P. Satia

4                                        Respectfully submitted,

5                                        By:    /s/   *Brian C. Rocca*
                                               Brian C. Rocca
6
7                                              *Counsel for Defendant Google LLC et. al*

8

9

10                         **E-FILING ATTESTATION**

11         I, Jamie L. Boyer, am the ECF User whose ID and password are being used to file

12  this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

13  signatories identified above has concurred in this filing.

14
                                         /s/   *Jamie Boyer*
15                                             Jamie L. Boyer

16

17

18

19

20

21

22

23

24

25

26

27

28