**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY CARR, et al., | ) |
| | ) Case No: 5:20-CV-5761 |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| GOOGLE LLC, et al., | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, ____JAMESON R. JONES____, an active member in good standing of the bar of ____COLORADO____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ____PLAINTIFF____ in the above-entitled action. My local co-counsel in this case is ____ANN RAVEL____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bartlit Beck LLP; 1801 Wewatta St., Suite 1200 Denver, CO  80202 | McManis Faulkner; 50 W. San Fernando St., 10th Floor; San Jose, CA  95113 |
| MY TELEPHONE # OF RECORD: (303) 592-3123 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (408) 279-8700 |
| MY EMAIL ADDRESS OF RECORD: jameson.jones@bartlitbeck.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: aravel@mcmanisfaulkner.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ____42135____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   10/26/2020

____JAMESON R. JONES____
APPLICANT

══════════════════════════════════════════════

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of ____JAMESON R. JONES____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

____UNITED STATES DISTRICT/MAGISTRATE JUDGE____