# EXHIBIT A



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, ~~Cheryl Stevens~~ *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

~~Jameson Reece Jones~~

*has been duly licensed and admitted to practice as an*

# ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* 14th

*day of* June *A. D.* 2010 *and that at the date hereof the said* ~~Jameson Reece Jones~~

*is in good standing at this Bar.*



IN WITNESS WHEREOF, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* 13th *day of* October *A. D.* 2020

*Cheryl Stevens*

Clerk

By_____

Deputy Clerk