# EXHIBIT 1

George A. Zelcs *(pro hac vice)*
  gzelcs@koreintillery.com
Robert E. Litan *(pro hac vice)*
  rlitan@koreintillery.com
Randall P. Ewing, Jr. *(pro hac vice)*
  rewing@koreintillery.com
Jonathon D. Byrer *(pro hac vice)*
  jbyrer@koreintillery.com
**KOREIN TILLERY, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Stephen M. Tillery *(pro hac vice)*
  stillery@koreintillery.com
Jamie Boyer *(pro hac vice)*
  jboyer@koreintillery.com
Michael E. Klenov, CA Bar #277028
  mklenov@koreintillery.com
Carol O'Keefe *(pro hac vice)*
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Karma M. Giulianelli, CA Bar #184175
  karma.giulianelli@bartlitbeck.com
Glen E. Summers, CA Bar # 176402
  glen.summers@bartlitbeck.com
Jameson R. Jones *(pro hac vice)*
  Jameson.jones@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewetta St. Suite 1200,
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
*Attorneys for Plaintiffs and the Proposed Class in Carr v. Google, LLC, et al.*

Peggy J. Wedgworth *(pro hac vice)*
  pwedgworth@milberg.com
Robert A. Wallner *(pro hac vice)*
  rwallner@milberg.com
Elizabeth McKenna *(pro hac vice)*
  emckenna@milberg.com
Blake Yagman *(pro hac vice)*
  byagman@milberg.com
Michael Acciavatti *(pro hac vice)*
  macciavatti@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: 212-594-5300
Facsimile: 212-868-1229
*Counsel for Plaintiffs and the Proposed Class in Bentley v. Google LLC, et al.*


Elizabeth C. Pritzker
  ecp@pritzkerlevine.com
**PRITZKER LEVINE, LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 805-8532
Facsimile: (415) 366-6110
*Counsel for Plaintiffs and the Proposed Class in Carroll v. Google, LLC, et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, *et al.*, <br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, *et al.*, <br><br> Defendants. <br> DIANNE BENTLEY, *et al.*, <br> Plaintiffs, <br> vs. <br> GOOGLE, LLC, *et al.*, <br> Defendants. | CASE NO. 3:20-CV-05761 JD <br><br><br> *Consolidated with* <br><br><br> CASE NO. 5:20-CV-07079 <br><br> **PLAINTIFFS' STATEMENT RE: CONSOLIDATION OF CONSUMER CLASS ACTION COMPLAINTS** <br> *Related Actions:* <br> *Epic Games, Inc. v. Google, LLC*; 3:20-CV-05671-JD <br> *Pure Sweat Basketball, Inc. v. Google, LLC*; 3:20-CV-05792-JD <br> *Peekya App. Serv., Inc. v. Google LLC, et al.*; 3:20-CV-06772-JD <br> *McNamara v. Google, LLC, et al.*; 3:20-CV-07361-JD <br> *Carroll v. Google, LLC, et al.*; 3:20-CV-07379-JD <br> *Herrera v. Google, LLC, et al.*; 5:20-CV-07365 |

I, George A. Zelcs, declare as follows:

1. I am a partner in the law firm of Korein Tillery LLC ("Korein Tillery") and am one of the attorneys representing Plaintiffs in this action. I am admitted *pro hac vice* to practice in this Court.

2. I submit this declaration in support of Plaintiffs' Statement Regarding Consolidation of Consumer Class Action Complaints. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

P a g e | 2 DECLARATION OF GEORGE A. ZELCS IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL

3. On October 26, 2020, counsel for *Carr*, *Bentley*, *Herrera*, *McNamara* and *Carroll* spoke on the telephone to discuss consolidation and leadership of the consumer class. Agreement was subsequently reached with counsel for *Carroll*, but not with *Herrera* or *McNamara*.[1]

4. On October 29, 2020, I reached out to Laurence King at Kaplan, Fox & Kilsheimer ("Kaplan Fox"), counsel for the *Herrera* plaintiffs, via telephone.

5. I spoke with Mr. King and informed him of the Court's order. I asked Mr. King if he would be willing to incorporate the *Herrera* plaintiffs into the existing Consolidated Class Action Complaint. Mr. King advised he would speak with his client and be in touch.

6. Hearing nothing further, I followed up with Mr. King on November 2, 2020, and received no response. (Ex. A, Email Chain Between Zelcs & King).

7. I again reached out to Mr. King on November 9, 2020. Mr. King answered that he was still analyzing the situation. (*Id.*)

8. As of today's date, neither Mr. King nor any other attorney at Kaplan Fox has provided a meaningful response to my proposal nor have they proposed an alternative course of action.

9. On November 6, 2020, I left a voicemail with Elizabeth Castillo of Cotchett Pitre & McCarthy, LLP ("Cotchett"), counsel for the *McNamara* plaintiffs, and received no response.

10. I followed up via email on November 9, 2020, and again received no reply. (Ex. B, Email Chain Between Zelcs, Castillo & Molumphy).

11. I sent Ms. Castillo another email on November 11, 2020. She answered that she was occupied with other matters and copied another partner at Cotchett, Mark Molumphy. (*Id.*)

12. I promptly replied that same day asking for a time to speak with Ms. Castillo, Mr. Molumphy, or both. No response was received that day. (*Id.*)

13. Five days later, on November 16, 2020, Mr. Molumphy responded they were still evaluating other complaints. He asked if Mr. Zelcs was available "later in the week" to speak. (*Id.*)

---

[1] Full case citations are: (1) *Carr v. Google, LLC,* 3:20-CV-05761 ("*Carr*"); (2) *Bentley v. Google, LLC,* 5:20-CV-07079 ("*Bentley*"); (3) *McNamara v. Google, LLC,* 3:20-CV-07361 ("*McNamara*"); (4) *Herrera v. Google, LLC, et al.*; 5:20-CV-07365 ("*Herrera*"); and (5) *Carroll v. Google, LLC,* 3:20-CV-07379 ("*Carroll*").

Page | 3 DECLARATION OF GEORGE A. ZELCS IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL

14. Approximately half an hour later, still on November 16th, I responded I was available to talk and asked Mr. Molumphy to suggest a time that he was available. (*Id.*)

15. At this time, no response has been received from Mr. Molumphy, Ms. Castillo or any other attorney at Cotchett.

16. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 17, 2020 in Chicago, Illinois.

*/S/ George A. Zelcs*
George A. Zelcs

# EXHIBIT A

From: Zelcs, George
Sent: Monday, November 9, 2020 12:18 PM
To: 'Laurence King' <LKing@kaplanfox.com>
Subject: RE: Carr vs Google - Call

Thanks, Larry. I appreciate the feedback.


George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.


-----Original Message-----
From: Laurence King [mailto:LKing@kaplanfox.com]
Sent: Monday, November 9, 2020 12:17 PM
To: Zelcs, George <GZelcs@KoreinTillery.com>
Subject: RE: Carr vs Google - Call

George, we are still analyzing and will be in touch when we have finished doing so. Best regards.

Larry

-----Original Message-----
From: Zelcs, George <GZelcs@KoreinTillery.com>
Sent: Monday, November 09, 2020 6:47 AM
To: Laurence King <LKing@kaplanfox.com>
Subject: RE: Carr vs Google - Call

Larry - following up again. Let me know of a convenient time to talk today.

Thank you.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

-----Original Message-----
From: Zelcs, George
Sent: Monday, November 2, 2020 8:31 AM
To: 'Laurence King' <LKing@kaplanfox.com>
Subject: RE: Carr vs Google - Call

Larry - following up on our conversation last Thursday.

Thank you.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

-----Original Message-----
From: Zelcs, George
Sent: Thursday, October 29, 2020 3:53 PM
To: 'Laurence King' <LKing@kaplanfox.com>
Subject: RE: Carr vs Google - Call

Thanks, Larry. I will try you after 230 pm Pacific today. I was having trouble getting the 4700 number number to ring through earlier today.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

-----Original Message-----
From: Laurence King [mailto:LKing@kaplanfox.com]

Sent: Thursday, October 29, 2020 3:47 PM
To: Zelcs, George <GZelcs@KoreinTillery.com>
Subject: Re: Carr vs Google - Call

Hello George -

I am available today from 230 Pacific on or tomorrow before 930 Pac or after 230 Pac.
Best number is 415-722-3637.

Larry King

Laurence D. King
Kaplan Fox & Kilsheimer LLP
(415) 772-4700

On Oct 29, 2020, at 1:13 PM, Zelcs, George <GZelcs@koreintillery.com> wrote:


Laurence – Is there a convenient time today when we may talk?

Thank you.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com<mailto:gzelcs@koreintillery.com>

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

4

# EXHIBIT B

**From:** "Zelcs, George" <GZelcs@KoreinTillery.com>
**Date:** November 16, 2020 at 6:05:08 PM CST
**To:** Mark Molumphy <MMolumphy@cpmlegal.com>
**Cc:** Elizabeth Castillo <ecastillo@cpmlegal.com>
**Subject: Re: McNamara - Talk**

Yes.   Please advise of a time that works.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

> On Nov 16, 2020, at 5:38 PM, Mark Molumphy <MMolumphy@cpmlegal.com> wrote:
>
> George, we are still reviewing some recently filed complaints, and the DC case, but agree we should talk.  Are you available later in the week?
>
>> **From:** Zelcs, George <GZelcs@KoreinTillery.com>
>> **Sent:** Wednesday, November 11, 2020 5:10 PM
>> **To:** Elizabeth Castillo <ecastillo@cpmlegal.com>
>> **Cc:** Mark Molumphy <MMolumphy@cpmlegal.com>
>> **Subject:** Re: McNamara - Talk
>>
>> Thanks.
>>
>> Let me know when either you or Mark are available to talk.
>>
>> George A. Zelcs
>> Korein Tillery LLC
>> 205 North Michigan Plaza
>> Suite 1950
>> Chicago, Illinois 60601
>> Phone: (312) 641-9750
>> Direct: (312) 641-9760
>> Fax: (312) 641-9751
>> E-mail: gzelcs@koreintillery.com

2

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

> On Nov 11, 2020, at 2:38 PM, Elizabeth Castillo <ecastillo@cpmlegal.com> wrote:
>
> George,
>
> Apologies for not getting back to you sooner. I have been completely swamped and am now tied up with a time sensitive appellate brief. I've copied my partner Mark Molumphy in the meantime.
>
> Liz
>
> Elizabeth T. Castillo (profile)
> **COTCHETT PITRE&McCARTHY**LLP
> A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
> 840 Malcolm Road, Suite 200 | Burlingame, CA 94010
> Phone: (650) 697-6000 | Fax: (650) 697-0577 |
> Email:ecastillo@cpmlegal.com
>
> **CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.
>
> ---
>
> **From:** Zelcs, George <GZelcs@KoreinTillery.com>
> **Sent:** Wednesday, November 11, 2020 10:55 AM
> **To:** Elizabeth Castillo <ecastillo@cpmlegal.com>
> **Subject:** RE: McNamara - Talk

3

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Following up. Please advise of a convenient time to talk.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.

---

**From:** Zelcs, George
**Sent:** Monday, November 9, 2020 3:33 PM
**To:** 'Elizabeth Castillo' <ecastillo@cpmlegal.com>
**Subject:** McNamara - Talk

Elizabeth – please advise of a convenient time for us to talk. I am following up on a voicemail I left earlier.

Thank you.

George A. Zelcs
Korein Tillery LLC
205 North Michigan Plaza
Suite 1950
Chicago, Illinois 60601
Phone: (312) 641-9750
Direct: (312) 641-9760
Fax: (312) 641-9751
E-mail: gzelcs@koreintillery.com

The information contained in this message is privileged and confidential. If you have received this message in error, please delete it at once and notify the sender at the above-referenced number. Thank you.