Nanci E. Nishimura (SBN 152621)
nnishimura@cpmlegal.com
Mark C. Molumphy (SBN 168009)
mmolumphy@cpmlegal.com
Adam J. Zapala (SBN 245748)
azapala@cpmlegal.com
Elizabeth T. Castillo (SBN 280502)
ecastillo@cpmlegal.com
Noorjahan Rahman (SBN 330572)
nrahman@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Brian McNamara*
*And all others similarly situated*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION**<br><br>This Document Relates to All Actions | Case No. 3:20-cv-05761-JD<br><br>**NOTICE OF APPEARANCE FOR ADAM J. ZAPALA** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Adam J. Zapala, California State Bar Number 245748, of the law firm Cotchett, Pitre & McCarthy, LLP, hereby makes an appearance on behalf of plaintiff Brian McNamara *In Re Google Play Consumer Antitrust Litigation,* Case Number 3:20-cv-05761-JD. Cotchett, Pitre & McCarthy, LLP requests that Mr. Zapala be included on all future correspondence, notices, pleadings, and other filings and service at the following address:

ADAM J. ZAPALA
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

Dated: November 23, 2020

Respectfully submitted,

By: /s/ Adam J. Zapala

Nanci E. Nishimura (SBN 152621)
Mark C. Molumphy (SBN 168009)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Noorjahan Rahman (SBN 330572)
nnishimura@cpmlegal.com
mmolumphy@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
nrahman@cpmlegal.com