UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Case No. 3:20-cv-05761-JD<br><br>**[PROPOSED ORDER] GRANTING MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**<br><br>**DUTIES AND AUTHORITY** |

Now before the Court is Plaintiff Brian McNamara and Kondomar Herrera's Motion to Appoint Interim Lead Counsel for the consumer class plaintiffs. The Court has considered the parties' papers, relevant legal authority, and the record in this case.

For the reasons explained below, the Court **HEREBY GRANTS** the motion and **APPOINTS** as Interim Co-Lead Counsel for the consumer plaintiffs:

(1) Cotchett, Pitre & McCarthy, LLP; and

(2) Kaplan Fox & Kilsheimer LLP.

Federal Rule of Civil Procedure 23(g)(3) permits courts to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." The Court considered:

> (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class.

Fed. R. Civ. P. 23(g)(1)(A). The foregoing firms satisfy the Rule 23(g) criteria.

1. Interim Co-Lead Counsel shall be responsible for the overall conduct of the litigation on behalf of the proposed consumer class. Interim Co-Lead Counsel shall have the authority to undertake all actions necessary to prosecute and resolve the actions, including the authority to conduct all motion practice, discovery, settlement negotiations, as well as pretrial and trial proceedings. Additionally, Interim Co-Lead Counsel shall have the authority to delegate tasks to a Plaintiffs' Steering Committee as approved by the Court as necessary for the efficient and effective conduct of the actions. Interim Co-Lead Counsel for the consumer class shall coordinate the selection of counsel to act as spokesperson(s) at any hearings or pretrial conferences.

2. Interim Co-Lead Counsel are hereby designated as the counsel for plaintiffs in the consolidated actions upon whom all notices, orders, pleadings, motions, discovery, and memoranda relating to the consolidated actions shall be served, and Defendants shall effect service on the consumer class in the consolidated actions by serving Interim Co-Lead Counsel. An agreement reached between Defendant(s) and Interim Lead Counsel or their designee(s) shall be binding on the consumer class plaintiffs.

### STEERING COMMITTEE

Because of the size and magnitude of the *Google Play Consumer Litigation*, with prior authority of the Court, Lead Counsel may select lawyers from the other coordinated and consolidated cases to assist in such items as discovery, experts, document retention and review, construction of damages models, and other case-related management and administration. Interim Co-Lead Counsel for the consumer class shall collect funds from consumer class counsel as needed to defray the common costs incurred in the prosecution of this litigation.

### TIME AND EXPENSES

All counsel shall keep contemporaneous time and expense records indicating with specificity the hours and particular activities engaged in and shall provide such records to the Interim Co-Lead Counsel as directed by the November 20, 2020 Order of this Court. No plaintiffs' counsel shall conduct any substantive work without the authorization of Interim Co-Lead Counsel. Time records shall be submitted to Lead Counsel on a regular basis in a form to be established by Co-Lead Counsel.

### TRANSFER OF ACTIONS

This order shall apply to all Google Play consumer class actions related, transferred, or coordinated to the above-captioned action.

For good cause shown, **IT IS SO ORDERED.**

Dated: _____

THE HON. JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE