Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Google Play Consumer Antitrust Litigation )
)   Case No: 3:20-cv-05761-JD
)
Plaintiff(s),   )
)   **APPLICATION FOR**
v.   )   **ADMISSION OF ATTORNEY**
)   **PRO HAC VICE**
)   (CIVIL LOCAL RULE 11-3)
)
Defendant(s).   )
)

I, Aaron L. Schwartz, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Kondomar Herrera in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022 | Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA  94612 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 687-1980 | (415) 772-4700 |
| My email address of record: | Local co-counsel's email address of record: |
| aschwartz@kaplanfox.com | lking@kaplanfox.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5709894.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  11/25/20                                                                               Aaron L. Schwartz
                                                                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Aaron L. Schwartz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/30/2020

UNITED STATES DISTRICT JUDGE   *October 2012*

PRO HAC VICE APPLICATION & ORDER