1  Eric H. Gibbs (SBN 178658)
2  Andre M. Mura (SBN 298541)
   Amanda M. Karl (SBN 301088)
3  Alexander J. Bukac (SBN 305491)
   **GIBBS LAW GROUP LLP**
4  505 14th Street, Suite 1110
5  Oakland, California 94612
   (510) 350-9700 (tel.)
6  (510) 350-9701 (fax)
   ehg@classlawgroup.com
7  amm@classlawgroup.com
   amk@classlawgroup.com
8  ajb@classlawgroup.com
9
10 *Attorneys for Plaintiffs Zacharia Gamble and*
11 *Nicholas Hess*
12
13
                **UNITED STATES DISTRICT COURT FOR THE**
14                **NORTHERN DISTRICT OF CALIFORNIA**
15
16 **IN RE GOOGLE PLAY CONSUMER**         Case No. 3:20-cv-05761-JD
   **ANTITRUST LITIGATION**
17                                         **NOTICE OF APPEARANCE OF**
                                           **AMANDA M. KARL**
18
19
20
21
22
23
24
25
26
27
28

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Amanda M. Karl of the firm Gibbs Law Group LLP hereby appears as counsel for Plaintiffs Zacharia Gamble and Nicholas Hess in the above-captioned action. She is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email address are as follows:

> Amanda M. Karl (SBN 301088)
> GIBBS LAW GROUP LLP
> 505 14th Street, Suite 1110
> Oakland, CA 94612
> Telephone: (510) 350-9700
> Facsimile: (510) 350-9701
> Email: amk@classlawgroup.com

Please add Amanda M. Karl as an attorney to be noticed on all matters in this action.

November 30, 2020

Respectfully submitted,

By: /s/ *Amanda M. Karl*

Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Amanda M. Karl (SBN 301088)
Alexander J. Bukac (SBN 305491)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
ehg@classlawgroup.com
amm@classlawgroup.com
amk@classlawgroup.com
ajb@classlawgroup.com

*Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess*