1  Eric H. Gibbs (SBN 178658)
2  Andre M. Mura (SBN 298541)
   Amanda M. Karl (SBN 301088)
3  Alexander J. Bukac (SBN 305491)
   **GIBBS LAW GROUP LLP**
4  505 14th Street, Suite 1110
5  Oakland, California 94612
   (510) 350-9700 (tel.)
6  (510) 350-9701 (fax)
   ehg@classlawgroup.com
7  amm@classlawgroup.com
   amk@classlawgroup.com
8  ajb@classlawgroup.com
9

10 *Attorneys for Plaintiffs Zacharia Gamble and*
11 *Nicholas Hess*

12

13
               **UNITED STATES DISTRICT COURT FOR THE**
14                **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | **IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION** | Case No. 3:20-cv-05761-JD |
17 | | **NOTICE OF APPEARANCE OF ALEXANDER J. BUKAC** |

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Alexander J. Bukac of the firm Gibbs Law Group LLP hereby appears as counsel for Plaintiffs Zacharia Gamble and Nicholas Hess in the above-captioned action. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email address are as follows:

> Alexander J. Bukac (SBN 305491)
> GIBBS LAW GROUP LLP
> 505 14th Street, Suite 1110
> Oakland, CA 94612
> Telephone: (510) 350-9700
> Facsimile: (510) 350-9701
> Email: ajb@classlawgroup.com

Please add Alexander J. Bukac as an attorney to be noticed on all matters in this action.

November 30, 2020                               Respectfully submitted,

                                                By:   /s/ *Alexander J. Bukac*

                                                Eric H. Gibbs (SBN 178658)
                                                Andre M. Mura (SBN 298541)
                                                Amanda M. Karl (SBN 301088)
                                                Alexander J. Bukac (SBN 305491)
                                                **GIBBS LAW GROUP LLP**
                                                505 14th Street, Suite 1110
                                                Oakland, California 94612
                                                (510) 350-9700 (tel.)
                                                (510) 350-9701 (fax)
                                                ehg@classlawgroup.com
                                                amm@classlawgroup.com
                                                amk@classlawgroup.com
                                                ajb@classlawgroup.com

                                                *Attorneys for Plaintiffs Zacharia Gamble and Nicholas Hess*