| | |
|---|---|
| George A. Zelcs (*pro hac vice*)<br>  gzelcs@koreintillery.com<br>Robert E. Litan (*pro hac vice*)<br>  rlitan@koreintillery.com<br>Randall P. Ewing, Jr. (*pro hac vice*)<br>  rewing@koreintillery.com<br>Jonathon D. Byrer (*pro hac vice*)<br>  jbyrer@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>Stephen M. Tillery (*pro hac vice*)<br>  stillery@koreintillery.com<br>Jamie Boyer (*pro hac vice*)<br>  jboyer@koreintillery.com<br>Michael E. Klenov, CA Bar #277028<br>  mklenov@koreintillery.com<br>Carol O'Keefe (*pro hac vice*)<br>  cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br><br>Karma M. Giulianelli, CA Bar #184175<br>  karma.giulianelli@bartlitbeck.com<br>Glen E. Summers, CA Bar # 176402<br>  glen.summers@bartlitbeck.com<br>Jameson R. Jones (*pro hac vice*)<br>  Jameson.jones@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewetta St. Suite 1200,<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>Facsimile:  (303) 592-3140<br>*Attorneys for Plaintiffs and the Proposed Class in Carr v. Google, LLC, et al.* | Peggy J. Wedgworth (*pro hac vice*)<br>  pwedgworth@milberg.com<br>Robert A. Wallner (*pro hac vice*)<br>  rwallner@milberg.com<br>Elizabeth McKenna (*pro hac vice*)<br>  emckenna@milberg.com<br>Blake Yagman (*pro hac vice*)<br>  byagman@milberg.com<br>Michael Acciavatti (*pro hac vice*)<br>  macciavatti@milberg.com<br>**MILBERG PHILLIPS GROSSMAN LLP**<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Telephone: 212-594-5300<br>Facsimile: 212-868-1229<br>*Counsel for Plaintiffs and the Proposed Class in Bentley v. Google LLC, et al.*<br><br>Elizabeth C. Pritzker, CA Bar#146267<br>  ecp@pritzkerlevine.com<br>Bethany Caracuzzo, CA Bar#190687<br>  bc@pritzkerlevine.com<br>Caroline Corbitt, CA Bar #305492<br>  ccc@pritzkerlevine.com<br>**PRITZKER LEVINE, LLP**<br>1900 Powell Street, Suite 450<br>Emeryville, CA 94608<br>Telephone: (415) 805-8532<br>Facsimile: (415) 366-6110<br>*Counsel for Plaintiffs and the Proposed Class in Carroll v. Google, LLC, et al.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* <br><br> *Related Actions:* <br> *Epic Games, Inc. v. Google, LLC*; 3:20-CV-05671-JD <br> *In re Google Play Developer Antitrust Litigation*, 3:20-CV-5792-JD | CASE NO. 3:20-CV-05761 JD <br><br> **DECLARATION OF JAMIE L. BOYER IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING REGARDING APPOINTMENT OF INTERIM LEAD COUNSEL** |

I, Jamie L. Boyer, declare as follows:

1. I am an attorney with the law firm of Korein Tillery LLC and am one of the attorneys representing Plaintiffs in this action. I am admitted *pro hac vice* to practice in this Court.

2. I submit this declaration in support of Plaintiff Carr, Bentley and Carroll's (collectively "Moving Plaintiffs") Motion to Shorten Time for Hearing Regarding Appointment of Interim Lead Counsel.

3. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

4. On Wednesday, November 25, 2020, counsel for the pending consumer class actions participated in a conference call to discuss class leadership and a consolidated complaint.

5. During that call, counsel for *Herrera v. Google, LLC* ("*Herrera*") and *McNamara v. Google, LLC* ("*McNamara*") offered to prepare a proposed leadership structure for the group's consideration and circulate it over the following weekend.

6. While all counsel pledged to keep discussing an agreed-upon leadership structure, counsel for *Herrera* and *McNamara* indicated they would be filing a competing motion to be appointed interim co-lead counsel on November 25, 2020.

7. Given these circumstances, Moving Plaintiffs asked the other attorneys on the call if they would agree to shorten the hearing period so leadership could be addressed well before the December 28, 2020 consolidated complaint deadline.

8. Counsel declined and instead suggested seeking more time to file the consolidated complaint.

9. The Moving Plaintiffs rejected this suggestion as it would further delay responsive pleadings and discovery.

10. A follow-up call was scheduled for Monday, November 30, 2020, during which counsel discussed the leadership proposal; as the proposal was received shortly before the scheduled conference, a follow-up call was scheduled for Tuesday, December 1, 2020.

11. During the November 30, 2020, call, Moving Plaintiffs again sought counsel's agreement on this request to shorten time; other plaintiffs' counsel advised that they would not support the request.

12. At this time, the parties in *In re Google Play Consumer Antitrust Litigation, In re Google Play Developer Antitrust Litigation*, and *Epic Games, LLC v. Google, LLC* are actively engaged in meet and confers regarding requests for production and ESI production.

13. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 30, 2020 in St. Louis, Missouri.

*/S/ Jamie L. Boyer*
Jamie L. Boyer