**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| *In re Google Play Consumer Antitrust Litigation* | CASE NO. 3:20-CV-05761 JD |
| *Related Actions:* *Epic Games, Inc. v. Google, LLC*; 3:20-CV-05671-JD *In re Google Play Developer Antitrust Litigation*, 3:20-CV-5792-JD | **[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON MOTIONS TO APPOINT INTERIM CLASS COUNSEL** |

The Court has reviewed Plaintiff Carr, Bentley and Carroll's Motion to Shorten Time for Hearing Regarding Appointment of Interim Lead Counsel. Pursuant to Local Rule 6-3, that Motion is GRANTED. All pending motions for appointment of interim lead counsel in *In re Google Play Consumer Antitrust Litigation* shall be heard on December 10, 2020 at 10 a.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. James Donato
United States District Judge