Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Counsel for Plaintiff Alison Kavulak*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Master File No. 3:20-cv-05761-JD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Cases:<br>*Alison Kavulak v. Google LLC, et al.*,<br>Case No.: 5:20-cv-09421 |

I.     INTRODUCTION

Pursuant to the Northern District of California's Civil Local Rule 3-12, Plaintiff Alison Kavulak submits this administrative motion to consider whether *Kavulak* should be related to the actions consolidated and pending before this court, in the *In re Google Play Consumer Antitrust Litigation*, Case No. 3:20-cv-05761 (N.D. Cal. consolidated on November 20, 2020, *See also* Order on Consolidation, ECF No. 78).

On August 16, 2020, Mary Carr filed an antitrust action against Google alleging that Google's unlawful monopolization and exclusionary conduct in the market in which Android apps are distributed enables Google to impose a supra-competitive 30% fee on apps purchased from the Google Play store. Additional class actions on behalf of consumers were filed, as noted in the table below:

| | Case Name | Date Filed | Class |
|---|---|---|---|
| 1 | Carr v. Google LLC et al., No. 3:20-cv-05761-JD ("Carr") | Aug. 16, 2020 | Consumer |
| 2 | Bentley et al. v. Google LLC et al., No. 4:20-cv- 07079-DMR ("Bentley") | Oct. 9, 2020 | Consumer |
| 3 | McNamara. v. Google LLC et al., No. 3:20-cv-07361-JCS ("McNamara") | Oct. 20, 2020 | Consumer |
| 4 | Herrara. v. Google LLC et al., No. 3:20-cv-07365-JD ("Herrara") | Oct. 20, 2020 | Consumer |
| 5 | Carroll. v. Google LLC, No. 3:20-cv-07379-JD ("Carroll") | Oct. 21, 2020 | Consumer |
| 6 | Roberts. v. Google LLC et al., No. 3:20-cv-07824-RS ("Roberts") | Nov. 5, 2020 | Consumer |
| 7 | Gamble. v. Google LLC et al., No. 3:20-cv-07984-JD ("Gamble") | Nov. 12, 2020 | Consumer |
| 8 | Stark v. Google LLC et al., No. 3:20-cv-08309-JD ("Stark") | Nov. 24, 2020 | Consumer |
| 9 | Esquivel v. Alphabet Inc. et al., No. 3:20-cv-08337-JD ("Esquivel") | Nov. 25, 2020 | Consumer |

On November 20, 2020, this Court ordered the *Carr, Bentley, McNamara, Herrera, Carroll*, and *Gamble* actions to be consolidated into the *In re Google Play Consumer Antitrust Litigation* matter, creating Master Docket file No. 3:20-cv-05761-JD. On Nov. 30, 2020, the

*Roberts* action was ordered to be related to *In re Google Play Consumer Antitrust Litigation* matter and was re-assigned to Judge James Donato. On Dec. 2, 2020, the *Stark* action was re-assigned to Judge James Donato and ordered to be related to the *In re Google Play Consumer Antitrust Litigation* matter. On Dec. 9, 2020, the *Esquivel* action was ordered to be related to *In re Google Play Consumer Antitrust Litigation* matter and was re-assigned to Judge James Donato. Together, these actions are the Consolidated Actions.

The *Kavulak* action, like the Consolidated Actions, concern the same, or substantially similar allegations to those in the underlying *In re Google Play Consumer Antitrust Litigation* Action. Given that the requirements of Civil Local Rule 3-12 have been met, plaintiff now respectfully requests this Court issue the proposed order formally relating this action to the *In re Google Play Consumer Antitrust Litigation* matter.

## II.    RELATIONSHIP OF THE ACTIONS

Under Local Rule 3-12(a), an action is related when: (1) "The actions concern substantially the same parties, property, transaction or event"; and (2) "It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

As set forth in Local Rule 3-12(a)(1), the Consolidated Actions involve substantially the same parties, property, transaction or event, as each concern the same alleged antitrust violations, similar defendants and co-conspirators, witnesses, and evidence. The *Kavulak* Action, like the *Consolidated* Actions, asserts claims for violations of Sections 1 and 2 of the Sherman Act; and violations of state antitrust laws

As set forth in Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different judges. Therefore, it will be more efficient for all cases to proceed before the same judge so that these analyses and determinations are made by one Court.

1

## III.   CONCLUSION

2      For the reasons set forth above, Plaintiff Alison Kavulak respectfully requests that the

3  Court order the *Kavulak* action be deemed related to the *In re Google Play Consumer Antitrust*

4  *Litigation,* No. 3:20-cv-05761-JD, action and that it be assigned to the Honorable James Donato.

5

6  DATED: January 12, 2021                    Respectfully submitted,

7

8                                             */s/ Dennis Stewart*
                                              Dennis Stewart (SBN 99152)
9                                             **GUSTAFSON GLUEK PLLC**
                                              600 B Street
10                                            17th Floor
                                              San Diego, CA 92101
11                                            Telephone: (619) 595-3299
                                              dstewart@gustafsongluek.com
12

13                                            Daniel E. Gustafson
                                              Daniel C. Hedlund
14                                            Daniel J. Nordin
                                              Ling S. Wang
15                                            **GUSTAFSON GLUEK PLLC**
                                              Canadian Pacific Plaza
16                                            120 South Sixth Street, Suite 2600
                                              Minneapolis, MN 55402
17                                            Telephone: (612) 333-8844
                                              dgustafson@gustafsongluek.com
18                                            dhedlund@gustafsongluek.com
                                              dnordin@gustafsongluek.com
19                                            lwang@gustafsongluek.com
20
                                              ***Counsel for Plaintiff Alison Kavulak***
21

22

23

24

25

26

27

28