1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

*Attorney for Plaintiff Alison Kavulak*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOOGLE PLAY CONSUMER ANTITRUST LITIGATION | Master File No. 3:20-cv-05761-JD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Cases:<br>*Alison Kavulak v. Google LLC, et al.*, Case No.: 5:20-cv-09421 |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having considered all of the papers and pleadings on file, and good cause appearing, HEREBY GRANTS Plaintiff Alison Kavulak's administrative motion to relate. The Court finds that the action styled *Alison Kavulak v. Google LLC, et al.,* Case No.: 5:20-cv-09421 (the "*Kavulak* Action") concerns substantially the same parties, property, transaction or events as those at issue in this action, and further finds that it appears likely there will be an unduly burdensome duplication of labor and expense or conflicting results if this action and the *Kavulak* Action are conducted before different judges.

Therefore, good cause appearing, the Court GRANTS Plaintiff's motion to relate the *Kavulak* Action to this action. The Clerk of the Court shall reassign the *Kavulak* Action as set forth in Civil Local Rule 3-12(f)(3).

**IT IS SO ORDERED.**

DATED:                                         By:_____
                                                        Hon. James Donato
                                                        United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED                                                                          1